UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Michael A. Rye and**
**Brandy B. Rye**,  Bankruptcy Case No.: 11-80491

Soc. Sec. Nos. xxx-xx-9322 & xxx-xx-3241
Mailing Address: 156 Fork Junction Rd
Timberlake, NC 27583
                              Debtors.

## APPLICATION FOR ADDITIONAL ATTORNEYS FEES AND EXPENSES

     NOW COMES Brent C. Wootton, the undersigned attorney for the Debtors and makes the application to this Court for additional compensation over and above the standard attorney fee previously allowed by the Court. In support of the application, Brent C Wootton states to the Court the following:

1. The Debtors filed a voluntary Chapter 13 case on March 24, 2011. The Debtors' plan was confirmed on July 18, 2011.

2. Brent C. Wootton, has performed valuable services not fully compensated by the standard Chapter 13 attorneys fee previously allowed by the court, including the following:

   a. Adversary Proceeding/Complaint to Value Collateral Case # 11-09053

3. Brent C. Wootton should be allowed the additional fee of $350.00 for these additional services rendered to be paid within the Debtors' chapter 13 plan

     WHEREFORE, Brent C. Wootton, prays to the Court to approve the application for additional attorney's fees and expenses for services rendered to the Debtors in the amount of $350.00 to be paid inside the Debtors' Chapter 13 plan.

Dated: 9/7/11                           /s/ Brent C. Wootton
                                              Brent C. Wootton, Attorney for Debtor
                                              Bar Number 34300
                                              3200 Croasdaile Drive, STE 504
                                              Durham, NC 27705 TEL: 919-382-3065

# Certificate of Service
**11-80491**

I, Carol Rollins, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age and that on 8-10-10, I served copies of the foregoing **APPLICATION FOR ADDITIONAL ATTORNEY FEES AND EXPENSES** by regular first-class U.S. mail, addressed to the following parties or via electronic service through the ECF system:


Richard M Hutson, II
Chapter 13 Trustee
POB 3613
Durham, NC 27702-3613

Michael West
U.S. Bankruptcy Administrator
POB 1828
Greensboro, NC 27402-1828

Michael A Rye and Brandy B Rye
156 Fork Junction Rd
Timberlake, NC 27583


                                                                    /s/ Carol Rollins

Dated: September 8, 2011                                           Carol Rollins